UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-cr-00033-LK |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| ISAIAH MARK WHITNEY, | |
| Defendant. | |

This matter comes before the Court on Defendant Isaiah Mark Whitney's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 19. He seeks to continue the trial in this case from May 18, 2026 to October 26, 2026, and to continue the pretrial motions deadline from March 19, 2026 to a date consistent with the new trial date. *Id.* at 1. The Government does not oppose the request. *Id.* Mr. Whitney has waived his speedy trial rights through November 9, 2026. Dkt. No. 20.

On February 25, 2026, a federal grand jury indicted Mr. Whitney on two counts of Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and two counts of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

ORDER CONTINUING TRIAL - 1

Dkt. No. 11 at 1–3. Mr. Whitney pleaded not guilty to all charges, and he was ordered detained pending trial. Dkt. No. 17.

Mr. Whitney notes that the Government provided discovery on March 9, 2026, and because this federal case "consolidated two cases initially charged as separate offenses in King County," "the defense anticipates that substantial discovery is outstanding." Dkt. No. 19 at 2. His counsel "requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Whitney." *Id.* at 1–2. Mr. Whitney also states that "the defense team will likely need to hire and consult with experts, conduct independent forensic investigation and in-person discovery review where experts are available for consultation," and "coordinate with Mr. Whitney's prior state counsel to collect any records or relevant defense material that may assist Mr. Whitney in his defense." *Id.* at 2.

The Court agrees that more time is necessary for effective preparation and representation of Mr. Whitney's interests. Specifically, the Court finds that given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Whitney in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Whitney's counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review and evaluate discovery, investigate the matter, gather evidence material to the defense, consider possible defenses, and prepare for trial, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

ORDER CONTINUING TRIAL - 2

For these reasons, the Court GRANTS the motion, Dkt. No. 19, and ORDERS that Mr. Whitney's trial shall be continued to October 26, 2026. Pretrial motions are due no later than July 31, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act.

Dated this 19th day of March, 2026.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 3